IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


CHARLES O. PUGH,

       Plaintiff,

v.                                                                  3:09cv87-WS

MICHAEL J. ASTRUE,,
Commissioner of Social
Security Administration,

       Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed February 19, 2010. See Doc. 23. The magistrate judge recommends that the Commissioner's decision to deny the plaintiff's application for benefits be affirmed. The plaintiff has not filed objections to the report and recommendation.

Having carefully reviewed the record, this court finds that the magistrate judge's report and recommendation should be adopted. Because there was substantial evidence in the record to support the Commissioner's decision to deny benefits, it is ORDERED:

    1. The court ADOPTS the magistrate judge's report and recommendation to

affirm the Commissioner's denial of the plaintiff's application for benefits.

2. The Commissioner's decision to deny Plaintiff's application for benefits is AFFIRMED.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this    19th    day of     April   , 2010.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE